THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone:  (415) 444-5800
Facsimile:  (415) 674-9900

Attorney for Plaintiff
Harrison Benjamin Kinney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harrison Benjamin Kinney,<br><br>        Plaintiff(s),<br><br>v.<br><br>Café Golo, *et al.*,<br><br>        Defendant(s). | CASE NO. 3:16-cv-03453-RS<br><br>ORDER<br>**JOINT STIPULATION TO EXTEND THE GENERAL ORDER 56 INSPECTION DEADLINE** |

The Parties, by and through their respective attorneys of record stipulate and to request that this Court release the parties from conducting the General Order 56 Inspection for the following reasons:

1. **Whereas**, Defendants have filed a Motion to Dismiss, which is set for hearing on October 13, 2016; and

2. **Whereas**, the current G.O. 56 site inspection deadline is October 4, 2016; and

3. **Whereas**, the parties wish to conserve resources until after the determination of Defendants' motion,

Therefore, the parties respectfully request that the deadline to complete the G.O. inspection be extended to November 8, 2016.

1
2     **IT IS SO STIPULATED**.
3                                             Respectfully submitted,
4
5 Dated: September 16, 2016            THOMAS E. FRANKOVICH,
6                                               *A PROFESSIONAL LAW CORPORATION*
7                                               By: /s/ Thomas E. Frankovich
8                                               Thomas E. Frankovich
                                              Attorney for Plaintiff
9 Dated: September 19, 2016            LAW OFFICES OF JOHN A. HAUSER
10
11                                               By: /s/ Norine Busser
12                                               Norine Busser
                                              Attorney for Defendants
13
14                                  **[PROPOSED] ORDER**

15     Good Cause Appearing, **IT IS HEREBY ORDERED** that the deadline for completion of
16 the G.O. 56 Inspection be extended to November 8, 2016.

17
18 Dated: 9/19, 2016                                    /s/ Richard Seeborg
19                                               Hon. Richard Seeborg
                                              United States District Court Judge

20
21
22
23
24
25
26
27
28