| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation* |
| 3 | 702 Mangrove Avenue, #304<br>Chico, CA 95926 |
| 4 | Telephone:   (415) 444-5800<br>Facsimile:    (415) 674-9900 |
| 5 | Email:         tfrankovich@disabilitieslaw.com |
| 6 | Attorney for Plaintiff<br>Harrison Benjamin Kinney |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Harrison Benjamin Kinney, | ) | CASE NO.  3:16-cv-03453-RS |
|  | ) | ORDER |
| Plaintiff(s), | ) | **JOINT STIPULATION TO EXTEND THE** |
|  | ) | **GENERAL ORDER 56 INSPECTION** |
| v. | ) | **DEADLINE** |
|  | ) |  |
| Café Golo, *et al.*, | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

The Parties, by and through their respective attorneys of record stipulate and to request that this Court release the parties from conducting the General Order 56 Inspection for the following reasons:

1. **Whereas**, Defendants have filed a Motion to Dismiss Plaintiff's First Amended Complaint, which is set for hearing on December 15, 2016; and

2. **Whereas**, the current G.O. 56 site inspection deadline is November 8, 2016; and

3. **Whereas**, the parties wish to conserve resources until after the determination of Defendants' motion;

...

Therefore, the parties respectfully request that the deadline to complete the G.O. inspection be extended to January 13, 2017.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: November 3, 2016

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff

Dated: November 3, 2016

LAW OFFICES OF JOHN A. HAUSER

By: /s/ Norine Busser

Norine Busser
Attorney for Defendants

#### [~~PROPOSED~~] ORDER

Good Cause Appearing, **IT IS HEREBY ORDERED** that the deadline for completion of the G.O. 56 Inspection be extended to January 13, 2017.

Dated: 11/3, 2016

Hon. Richard Seeborg
United States District Court Judge